AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Milka Auristela Ortega Cortez<br><br><br>_Plaintiff(s)_<br>v.<br>Joseph B. Edlow, et al.<br><br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  1:26-cv-20813-JB<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jason A. Reding Quinones
U.S. Attorney for the Southern District of Florida
U.S. Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rodrigo S. Da Silva
Law Offices of Rodrigo S. Da Silva, P.A.
1200 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 615-1434
Fax: (305) 615-1435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:      02/09/2026

Angela E. Noble
Clerk of Court

*s/ Clifford Charles*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| Milka Auristela Ortega Cortez<br><br><br>_Plaintiff(s)_<br>v.<br>Joseph B. Edlow, et al.<br><br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:26-cv-20813-JB

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Joseph B. Edlow, Director of United States Citizenship and Immigration Services
David Roy, USCIS Acting Chief Counsel
Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rodrigo S. Da Silva
Law Offices of Rodrigo S. Da Silva, P.A.
1200 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 615-1434
Fax: (305) 615-1435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  02/09/2026

_s/ Clifford Charles_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

<table>
<tr><td>Milka Auristela Ortega Cortez<br><br><br>_____<br><i>Plaintiff(s)</i><br>v.<br><br>Joseph B. Edlow, et al.<br><br><br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  1:26-cv-20813-JB</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Pamela Bondi, United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rodrigo S. Da Silva
Law Offices of Rodrigo S. Da Silva, P.A.
1200 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 615-1434
Fax: (305) 615-1435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  _____02/09/2026_____

Angela E. Noble
Clerk of Court

s/ Clifford Charles
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Milka Auristela Ortega Cortez | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  1:26-cv-20813-JB |
| Joseph B. Edlow, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kristi Noem, Secretary of United States Department of Homeland Security
Joseph N. Mazzara, Acting General Counsel
United States Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, D.C. 20528-0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rodrigo S. Da Silva
Law Offices of Rodrigo S. Da Silva, P.A.
1200 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 615-1434
Fax: (305) 615-1435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  02/09/2026

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court