# EXHIBIT A

Docusign Envelope ID: 722C703F-8C72-4F9B-AAC3-8B8040A511C2

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| MILKA AURISTELA ORTEGA CORTEZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH B. EDLOW, Director of U.S. Citizenship and Immigration Services; KRISTI NOEM, Secretary of U.S. Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, Attorney General of the United States; and JASON A. REDING QUIÑONES, United States Attorney for the Southern District of Florida<br>Defendants. | Case No.: 1:26-cv-20813-JB |

### DECLARATION OF MILKA AURISTELA ORTEGA CORTEZ IN SUPPORT OF PLAINTIFF'S *EXPEDITED* MOTION FOR PRELIMINARY INJUNCTION

I, MILKA AURISTELA ORTEGA CORTEZ, declare the following:

1.      I am of legal age and provide this declaration based upon my own personal knowledge.

2.      I am a citizen of the Bolivarian Republic of Venezuela.  My I-589 asylum application was granted by an Immigration Judge at the Orlando Immigration Court on April 6, 2021.  I was granted asylum based on being persecuted and incarcerated in Venezuela for peacefully participating in a street protest against the Venezuelan Government on April 9, 2017.  I have been living in the United States since 2018.

3.      On May 20, 2022, after having asylee status for more than 1 year, I filed with U.S. Citizenship and Immigration Services ("USCIS") Form I-485, *Application to Register Permanent Resident Status or Adjust Status,* in order to obtain lawful permanent resident status in the United

Docusign Envelope ID: 722C703F-8C72-4F9B-AAC3-8B8040A511C2

States. I attended an interview at the USCIS Miami District Office on November 26, 2025, but my Form I-485 has not been adjudicated despite at least 3 follow-ups with USCIS. During my tenure in the United States, I have also applied for employment authorization cards ("EADs") with USCIS. My last EAD expired in April 2025. On February 18, 2025, I filed with USCIS my latest Form I-765, *Application for Employment Authorization,* which has been pending for 1 year.

4.      I have not traveled outside of the United States since my arrival in 2018. I have a 29-year-old son, Kevin Moreno Ortega, who resides in the United States. I also have a daughter, Kalony Moreno Ortega, who resides in Spain. I have not been able to see my daughter for approximately 8 years because I cannot travel outside of the United States, and my daughter was denied a B-2 visitor visa to come to the United States to visit me.

5.      On January 9, 2024, I filed with USCIS Form I-131, *Application for Travel Document (Advance Parole)* in order to obtain a travel document that would allow me to engage in temporary travel outside of the United States to go visit my daughter in Spain, as well as reunite with my 4 brothers and my elderly mother in Colombia (they all reside in Venezuela, but they can meet me in neighboring Colombia). My Form I-131 has now been pending with USCIS for 25 months.

6.      Because I do not have a valid employment authorization card, I am unable to work and have been in that condition since April 2025. I don't have a way to earn money by accepting employment or working on my own through an application like UBER, which requires not only a valid Florida driver's license but also proof of eligibility to work in the United States. Accordingly, I am about to deplete the last remnant of my personal savings and go bankrupt.

Docusign Envelope ID: 722C703F-8C72-4F9B-AAC3-8B8040A511C2

7.      I am also very anxious and depressed about my inability to travel outside of the United States to visit my relatives, whom I had not seen for the past 8 years.  I am afraid my elderly mother (she is about to turn 71 years of age) may die, and I may never see her again.

8.      Also, I have considered pursuing a college degree in the United States, but I don't have the financial means to cover tuition, and without my lawful permanent resident status, I am not eligible to apply for financial aid or student loans.  In other words, I am unable to work, launch a business, or pursue a higher education.

9.      My current Florida driver's license is set to expire in April 2026, and I am afraid that I will not be able to renew it without either a valid employment authorization card or a lawful permanent resident card.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 18th day of February, 2026, in Miami, Florida.

Firmado por:

62977EB7E4B1423...

MILKA AURISTELA ORTEGA CORTEZ

3