# EXHIBIT B

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | May 24, 2022 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | | A215576630 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| MSC2290494152 | May 20, 2022 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| | Asylum status | ~~November 0_ 197_~~ |

MILKA A. ORTEGA CORTEZ
7100 E LINCOLN DR APT 1165
PARADISE VALLEY, AZ 85253

2   00000626

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,140.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

We did not receive a valid Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with your case. If you wish for someone to represent you, please have your attorney or accredited representative submit Form G-28 to the USCIS location listed at the bottom of this notice. For more information on filing G-28, please visit uscis.gov/forms/filing-your-form-g-28.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
Attention: I-485 Refugee/Asylum
7600B West 119th Street
Overland Park, KS 66213

**USCIS Contact Center Number:**

1-800-375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  10/13/21

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | January 12, 2024 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-131, Application for Travel Document | A215576630 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0923857194 | January 09, 2024 | 1 of 1 |

| | DATE OF BIRTH |
|---|---|
| | |

MILKA A. ORTEGA CORTEZ
C/O RODRIGO S. DA SILVA LAW OFFICE OF RODRIGO DA
5 00001188
777 ARTHUR GODFREY ROAD STE 402
MIAMI BEACH, FL 33140

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $0.00 |
| Total Amount Received: | $0.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.  Form I-797C  10/13/21

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | February 21, 2025 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-765, Application for Employment Authorization | | A215576630 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| IOE0930239338 | February 18, 2025 | 1 of 1 |
| | | **DATE OF BIRTH** |
| | | November 03, 1978 |

MILKA A. ORTEGA CORTEZ
C/O RODRIGO S. DA SILVA LAW OFFICE OF RODRIGO DA
6  00001085
777 ARTHUR GODFREY ROAD STE 402
MIAMI BEACH, FL  33140

**PAYMENT INFORMATION:**

Application/Petition Fee:     $0.00
Total Amount Received:     $0.00
Total Balance Due:     $0.00

NAME AND MAILING ADDRESS

### Eligibility Category: C09

We have received your form and are currently processing it. We will notify you separately about any other form you filed. If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment. If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you filed to renew your Employment Authorization Document (EAD) under category A03, A05, A07, A08, A10, A12, A17, A18, C08, C09, C10, C16, C19, C20, C22, C24, C26, or C31, you may be eligible for an automatic extension of your EAD. Full details and an eligibility calculator are at uscis.gov/eadautoextend.
You qualify for an automatic extension if: (1) the category on your current EAD matches the "Class Requested" listed on this notice, * and (2) the "Received Date" on this notice is before the "Card Expires" date on your EAD.
*If you filed under the A12 or C19 classifications, you qualify for an automatic extension if: (1) this notice and your expired EAD contain either A12 or C19 (they do not need to match); and (2) you filed your renewal Form I-765 during the TPS re-registration period indicated in the applicable Federal Register notice for your country found at uscis.gov/humanitarian/temporary-protected-status.
If you are eligible for an automatic extension of your EAD, you can show this notice with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. The automatic extension is for up to 540 days from the expiration date printed on the front of your EAD. If we deny your renewal application, the automatic extension ends immediately, and you can no longer use this notice for Form I-9 purposes. If your EAD is also your Advance Parole document, the automatic extension does not apply to Advance Parole. This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this application is still pending.

If we have approved or are still processing your underlying Form I-140 and your Form I-485 has been pending for at least 180 days, you may request to change employers under INA 204(j). For more information on this process, please visit uscis.gov/i-485supj.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO  64002

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY





---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C   10/13/21