UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MILKA AURISTELA ORTEGA CORTEZ, an individual<br><br>   Plaintiff,<br><br>vs.<br><br>JOSEPH B. EDLOW, Director of U.S. Citizenship and Immigration Services; KRISTI NOEM, Secretary of U.S. Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, Attorney General of the United States; and JASON A. REDING QUIÑONES, United States Attorney for the Southern District of Florida<br>   Defendants. | Case No.: 1:26-cv-20813-JB |

## AMENDED NOTICE OF FILING PROOF OF SERVICE OF PROCESS

Plaintiff Milka Auristela Ortega Cortez ("Plaintiff"), by and through undersigned counsel, hereby files this Amended Notice of Filing Proof of Service of Process on all Defendants, all of which were served via FedEx on February 11, 2023, as shown in the attached FedEx delivery confirmations. This matter has been assigned to Kelsi R. Romero, Assistant United States Attorney, as provided in her e-mail correspondence to undersigned counsel on February 19, 2026 which is also attached hereto.

Dated: February 23, 2026

Respectfully submitted,

LAW OFFICES OF RODRIGO S. DA SILVA, P.A.
1200 Brickell Avenue, Suite 700
Miami, Florida 33131
E-mail: rodrigo@rdasilvalaw.com
Telephone: (305) 615-1434
Facsimile: (305) 615-1435

By: /s/ *Rodrigo S. Da Silva*
  Rodrigo S. Da Silva, Esq.

*Counsel for Plaintiff Milka Auristela Ortega Cortez*

2

Monday, February 23, 2026 at 3:26:24 PM Eastern Standard Time

**Subject:** :26-cv-20813-JB Ortega Cortez v. EDLOW et al
**Date:** Thursday, February 19, 2026 at 1:58:35 PM Eastern Standard Time
**From:** Romero, Kelsi (USAFLS)
**To:** rodrigo@rdasilvalaw.com
**Attachments:** image001.png

Good afternoon,

My colleague mentioned you were inquiring as to the AUSA assigned to the above referenced case, that would be me. Please let me know if you have any questions. Thanks.

**Kelsi R. Romero**
*Assistant United States Attorney*
United States Attorney's Office
Civil Division
500 East Broward Boulevard
8th Floor
Fort Lauderdale, Florida 33394
Office Direct: 954-660-5694
Office Cell: 786-390-4645
Email: Kelsi.Romero@usdoj.gov



Tracking ID:   888611242360

Choose a time zone

Time zone*

Local Scan Time

**Delivered**
Wednesday, 2/11/26 at 1:37 PM

Signed for by: O.Ortiz

GPS delivery location

View more details

Obtain proof of delivery

Report missing package

**From**
Rodrigo Da Silva
1200 BRICKELL AVE
STE 700
MIAMI,FL US 33131

**To**
Jason A. Reding Quinones
99 NE 4th Street
MIAMI, FL US

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

**LANGUAGE**

 United States

**FOLLOW FEDEX**

© FedEx 1995-2026

Site Map   |   Cookie Consent   |   Terms of Use   |   Privacy & Security   |   Ad Choices

Tracking ID: 888611322647

## Delivered
Wednesday, 2/11/26 at 9:45 AM

Signed for by: A. OWENS

→ **View more details**

⬇ **Obtain proof of delivery**

🔍 **Report missing package**

**From**
Rodrigo Da Silva
1200 BRICKELL AVE
STE 700
MIAMI, FL US 33131

**To**
Pamela Bondi
950 Pennsylvania Avenue, NW
WASHINGTON, DC US

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

**LANGUAGE**

 United States

**FOLLOW FEDEX**     

© FedEx 1995-2026

**Case 1:26-cv-20813-JB   Document 10   Entered on FLSD Docket 02/23/2026   Page 8 of 11**

Tracking ID:    888611365293

✅ **Delivered**
Wednesday, 2/11/26 at 10:34 AM

Signed for by: J.Reyes

📍 **GPS delivery location**

→ **View more details**

⬇ **Obtain proof of delivery**

🔍 **Report missing package**

**From**
Rodrigo Da Silva
1200 BRICKELL AVE
STE 700
MIAMI,FL US 33131

**To**
Joseph N.Mazzara/General Counsel
245 Murray Lane, SW
Mailstop 0485
WASHINGTON, DC US

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

**LANGUAGE**

🌐    United States

**FOLLOW FEDEX** 

Tracking ID: 888611294952

✅ **Delivered**
Wednesday, 2/11/26 at 10:34 AM

Signed for by: J.Reyes

📍 **GPS delivery location**

→ **View more details**

⬇ **Obtain proof of delivery**

🔍 **Report missing package**

**From**
Rodrigo Da Silva
1200 BRICKELL AVE
STE 700
MIAMI,FL US 33131

**To**
Joseph B. Edlow
5900 Capital Gateway Drive
Mail Stop 2120
DHS, MD US

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

**LANGUAGE**

🌐 United States

**FOLLOW FEDEX** ✉ Ⓕ Ⓧ 📷 in ▶ Ⓟ

