# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MILKA AURISTELA ORTEGA CORTEZ, an individual<br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH B. EDLOW, Director of U.S. Citizenship and Immigration Services; KRISTI NOEM, Secretary of U.S. Department of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, Attorney General of the United States; and JASON A. REDING QUIÑONES, United States Attorney for the Southern District of Florida<br>　　　　　Defendants. | Case No.: 1:26-cv-20813-JB |

## PLAINTIFF'S NOTICE OF FILING USCIS' RESPONSES TO PLAINTIFF'S LATEST SERVICE REQUESTS REGARDING FORM I-765 AND I-131

Plaintiff Milka Auristela Ortega Cortez ("Plaintiff"), by and through her undersigned *pro bono* counsel, hereby files this Notice of Filing of U.S. Citizenship and Immigration Services ("USCIS") responses to Plaintiff's latest service requests inquiring about the status of Plaintiff's pending Form I-765, *Application for Employment Authorization*, and Form I-131, *Application for Advance Parole*. USCIS's responses show that it "**cannot provide a completion date at this time,**" which is likely caused by the indefinite hold placed by USCIS Policy Memorandums, which are challenged by this action. In fact, USCIS would likely be able to adjudicate both Form I-765 an I-131 within hours of enjoining the application of the hold.

Dated: March 7, 2026　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF RODRIGO S. DA SILVA, P.A.
　　　　　　　　　　　　　　　　　　　　　　1200 Brickell Avenue, Suite 700
　　　　　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　　　　　E-mail: rodrigo@rdasilvalaw.com

Telephone: (305) 615-1434
Facsimile: (305) 615-1435

By: /s/ *Rodrigo S. Da Silva*
    Rodrigo S. Da Silva, Esq.
*Counsel for Plaintiff Milka Auristela Ortega Cortez*

2

Saturday, March 7, 2026 at 10:22:08 AM Eastern Standard Time

**Subject:** Your recent inquiry (Attorney/paralegal copy of customer communication)
**Date:** Friday, February 27, 2026 at 5:19:14 PM Eastern Standard Time
**From:** USCIS
**To:** rodrigo@rdasilvalaw.com

U.S. Department of Homeland Security
USCIS Headquarters

Washington, DC 20529

U.S. Citizenship and Immigration Services Friday, February 27, 2026

Dear Milka Ortega Cortez:

On 10/07/2025, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Attorney or Authorized Representative

Case type:
-- I131

Referral ID:
-- SR12802500806RPA

Type of service requested:
-- Check Case Processing

The status of this service request is:

On 10-07-2025, you or your representative contacted USCIS concerning your Form I-131, Application for Travel Documents. Our records show that Form I-131, Application for Travel Documents is currently pending adjudication. We cannot provide you with a completion date at this time. You can monitor any updates to your case using Case Status Online or through your USCIS Online Account.

We hope this information is helpful to you.

-----------------------------------
Online Services
We offer many online services and tools to help you find the information you need. Please visit our Web site at www.uscis.gov for information about:
* Using our Case Status Online tool;
* Signing up for case status updates;

* Checking processing times;
* Submitting an e-Request to inquire about certain applications and petitions;
* Using our Office Locator;
* Using InfoPass to schedule an appointment; and
* Downloading forms.

Address Changes
Please use our new Enterprise Change of Address (E-COA) self-service tool. This is the best method for real-time processing of your change of address request and allows you to update your new address by going to www.uscis.gov/addresschange.

For More Information
If you do not find the information you need through our online services and need further assistance, you may contact our USCIS Contact Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).

Saturday, March 7, 2026 at 10:22:24 AM Eastern Standard Time

**Subject:** Your recent inquiry (Attorney/paralegal copy of customer communication)
**Date:** Friday, February 27, 2026 at 1:22:47 PM Eastern Standard Time
**From:** USCIS
**To:** rodrigo@rdasilvalaw.com

U.S. Department of Homeland Security
USCIS National Benefits Center
P.O. Box 648005
Lee's Summit, MO 64002

U.S. Citizenship and Immigration Services Friday, February 27, 2026

Dear MILKA AURISTELA ORTEGA CORTEZ:

On 11/24/2025, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Attorney or Authorized Representative

Case type:
-- I765

Referral ID:
-- SR13282503688RPA

Type of service requested:
-- Check Case Processing

The status of this service request is:

Our records show that your case is currently pending adjudication. We cannot provide you with a completion date at this time. You can monitor any updates to your case using Case Status Online or through your USCIS Online Account.

If your receipt number begins with IOE, please consider activating your USCIS online account at https://myaccount.uscis.gov. You can use your account to get your current case status and to access every notice we send you. You can also send messages and receive answers through a secure inbox.

Address Changes: If you move, please provide us with an updated address. For more information about address changes, please visit our website at www.uscis.gov/addresschange, and click on "How to Change Your Address." To ensure that all mail is delivered as addressed, please also ensure that you are registered with the U.S. Postal Service (USPS) to receive mail at the address of record you have provided to USCIS.

For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter. The USCIS website also provides detailed information about policies and procedures, and you can download and e-file forms from the website.