**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20813-CIV-BECERRA**

**MILKA AURISTELA ORTEGA CORTEZ,**

**Plaintiff,**

**v.**

MARKWAYNE MULLIN, Secretary of U.S.
DEPARTMENT OF HOMELAND SECURITY,
et al.,

**Defendants.**
**________________________________________/**

# JOINT STATUS REPORT

Plaintiff, Milka Auristela Ortega Cortez, together with Defendants (jointly the "Parties"), by and through their respective counsel, respectfully file this status report in compliance with this Court's July 15, 2026, Order. [D.E. 27].

On August 12, 2026, the Plaintiff's I-485 application was adjudicated and approved. All three applications at issue in the Plaintiff's Complaint have now been adjudicated. As a result, Plaintiff intends to file a Notice of Voluntary Dismissal in the coming weeks after receipt of the permanent resident card in the mail.

Respectfully submitted,

LAW OFFICES OF RODRIGO S. DA SILVA, P.A.
1200 Brickell Avenue, Suite 700
Miami, Florida 33131
E-mail: rodrigo@rdasilvalaw.com
Telephone: (305) 615-1434
Facsimile: (305) 615-1435
By: /s/ *Rodrigo S. Da Silva*
Rodrigo S. Da Silva, Esq.
*Counsel for Plaintiff Milka Auristela Ortega Cortez*

and

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By: */s/ Kelsi R. Romero*
KELSI R. ROMERO
Assistant U.S. Attorney
United States Attorney's Office
Southern District of Florida
Special Bar No. A5502758
500 East Broward Blvd, Suite 700
Fort Lauderdale, FL 33394
kelsi.romero@usdoj.gov

*Counsel for Defendants*