**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-20813-JB**

MILKA AURISTELA ORTEGA CORTEZ,

Plaintiff,

v.

JOSEPH B. EDLOW, Director of U.S.
Citizenship and Immigration Services,
*et al.*,

Defendants.
________________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice. ECF No. [29]. Upon due consideration of the Notice, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 18th day of September, 2026.



**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**